United States District Court
Southern District of Texas
**ENTERED**
July 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ESEOGHENE OGBU-SIFO** Individually, and as Executor of THE ESTATE OF ABIWAYE SIFO, *Plaintiff*, v. **TRAVELEX INSURANCE SERVICES, INC., AND TRANSAMERICA CASUALTY INSURANCE COMPANY,** *Defendants*. | § § § § § § § § § § § § § **CIVIL ACTION NO. 4:15-cv-02394** |

### CONDITIONAL ORDER OF DISMISSAL

The parties have informed the Court that, "as a result of mediation, a settlement was achieved that [is] mutually acceptable to all parties." (*See* Doc. No. 43.) All settlement documents must be submitted to the Court by August 19, 2016. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims if any party represents to the Court that the settlement could not be completely documented.

**IT IS SO ORDERED**.

Signed in Houston, Texas, on this the 11th day of July, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.