United States District Court
Southern District of Texas
**ENTERED**
July 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ESEOGHENE OGBU-SIFO, Individually, and as Executor of THE ESTATE OF ABIWAYE SIFO<br><br>*Plaintiffs,*<br><br>v.<br><br>TRAVELEX INSURANCE SERVICES, INC. AND TRANSAMERICA CASUALTY INSURANCE COMPANY,<br><br>*Defendants.* | §§§§§§§§§§§§§§ CIVIL ACTION NO. 4:15-CV-02394 |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the Parties' Agreed Stipulation of Dismissal with Prejudice, the Court GRANTS the Stipulation and dismisses this case with prejudice.

The Court further ORDERS that all costs of court are to be paid by the party incurring same.

SIGNED on July 18, 2016

_____
U.S. DISTRICT JUDGE
Keith P. Ellison

APPROVED & ENTRY REQUESTED:

/s/ Christin L. Grant
Christin L. Grant

/s/ Bernie Hauder
Bernie Hauder